IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO, | No. C-03-4727 SBA (EDL) |
|     Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR CONTINUANCE** |
| v. | |
| OFFICER CAMPAGNA & OFFICER HOLGUIN, | |
|     Defendants. | |

    Plaintiff requests to continue the Settlement Conference scheduled for November 17, 2005 because he was unable to access the law library to prepare his confidential settlement conference statement due to a facility lock-down at Salinas Valley State Prison where he currently is in custody, and because he has not been able to confirm telephone access for the Settlement Conference. Although Plaintiff dated his request October 31, 2005, the Court did not receive it until November 15, 2005. Two days is insufficient notice to reschedule a Settlement Conference absent exceptional circumstances. The Court has contacted officials at Salinas Valley State Prison and verified that Plaintiff will be able to participate in the Settlement Conference by telephone, starting at 9:00 a.m. Accordingly, Plaintiff's request for a continuance is DENIED.

**IT IS SO ORDERED.**

Dated: November 16, 2005

                                                                     ELIZABETH D. LAPORTE
                                                                     United States Magistrate Judge

United States District Court
For the Northern District of California