IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO,          )<br>                                                   )<br>         Plaintiff,                      )<br>v.                                                )<br>                                                   )<br>OFFICER CAMPAGNA, et. al.,  )<br>                                                   )<br>         Defendants.                 )<br>_____) | No. C 03-4727 SBA (pr)<br><br>**<u>ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE</u>** |

The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and volunteer counsel willing to be appointed to represent Plaintiff having been located by the Court,

IT IS HEREBY ORDERED THAT **GRANT P. FONDO, Esq. (SBN 181530) and BRANDON KIMURA, Esq. (SBN 241220) of Cooley Godward LLP,** are appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The stay of this action shall continue for another two (2) weeks from the date of this Order.

The Clerk of the Court shall send a copy of this Order to Plaintiff, Plaintiff's counsel and Defendants' counsel. The Clerk of the Court is directed to send a copy of the court file to Plaintiff's counsel of record, Mr. Fondo, at **Cooley Godward LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155.**

IT IS FURTHER ORDERED THAT a case management conference is set for **Wednesday, July 26, 2006 at 2:45 P.M.** and will proceed telephonically. Plaintiff's counsel shall be responsible for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

The parties must submit case management conference statements no later than **July 19, 2006**, indicating what discovery remains to be done, the amount of time needed for discovery, whether any further motions will be filed, and when they will be ready for trial. The case management conference statements need not be jointly prepared but, as with all documents sent to the Court, must be served on the opposing party.

IT IS SO ORDERED.

DATED: July 10, 2006

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge