```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
OFFICER CAMPAGNA and
OFFICER HOLGUIN
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

| | |
|---|---|
| RICHARD CARRASCO,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER CAMPAGNA and OFFICER HOLGUIN,<br><br>Defendants. | No. CV 03-04727<br><br>**STIPULATION AND ORDER TO ALLOW DEPOSITION OF PLAINTIFF RICHARD CARRASCO** |

WHEREAS, Plaintiff Richard Carrasco, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging that he was subjected to excessive force by Defendants Officer Campagna and Officer Holguin on October 15, 2002, while incarcerated at the Main Jail of the Santa Clara County Department of Correction.

WHEREAS, trial in this matter is set to begin on February 26, 2007.

WHEREAS, Defendants wish to depose Plaintiff but have learned that Salinas Valley State Prison, where Plaintiff is presently incarcerated, requires a court order for such a deposition.

WHEREAS, Plaintiff's attorneys do not object to Defendants' request to take the deposition of Plaintiff.

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Allow Deposition
of Plaintiff Richard Carrasco        1        CV 03-04727

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT,

Plaintiff Richard Carrasco shall be produced for deposition by counsel for Defendants Officer Campagna and Officer Holguin in the above-captioned matter at a mutually agreeable time.

Dated: September 6, 2006

ANN MILLER RAVEL
County Counsel

By: /s/ Melissa R. Kiniyalocts
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorney for Defendants
OFFICER CAMPAGNA and OFFICER HOLGUIN

Dated: September 6, 2006

By: /s/ Grant P. Fondo
GRANT P. FONDO

Attorney for Plaintiff
RICHARD CARRASCO

IT IS SO ORDERED.

Dated: 9/6/06

/s/ Saundra B. Armstrong
SAUNDRA B. ARMSTRONG
United States District Court Judge

S1223 wpd

Stipulation and Order to Allow Deposition of Plaintiff Richard Carrasco

2

CV 03-04727