1   COOLEY GODWARD KRONISH LLP
    GRANT P. FONDO (181530) (gfondo@cooley.com)
2   BRANDON KIMURA (241220) (bkimura@cooley.com)
    JESSICA VALENZUELA SANTAMARIA (220934)
3   (jsantamaria@cooley.com)
    Five Palo Alto Square
4   3000 El Camino Real
    Palo Alto, CA 94306-2155
5   Telephone:    (650) 843-5000
    Facsimile:    (650) 857-0663
6
    Attorneys for Plaintiff
7   RICHARD CARRASCO

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12
    RICHARD CARRASCO,                    Case No.  C 03-4727 SBA (PR)
13
            Plaintiff,                   **REQUEST FOR AN ORDER TO SHORTEN
14                                        TIME FOR HEARING ON PLAINTIFF'S
       v.                                 MOTION TO COMPEL DISCOVERY
15                                        RESPONSES UNDER FRCP 30(b)(6), 33,
    OFFICER CAMPAGNA, et al.,             AND 34 AND [PROPOSED] ORDER**
16
            Defendants.
17

18          Plaintiff Richard Carrasco, hereby requests pursuant to Local Rules 6-2 and 7-11 an order

19   shortening the briefing and hearing schedule on Plaintiff's Motion to Compel Discovery

20   Responses Under FRCP 30(b)(6), 33, and 34, ("Plaintiff's Motion to Compel"), which was filed

21   on October 5, 2006 and, under normal scheduling circumstances, would be heard on November

22   16, 2006 at 2:30 p.m.

23          An order to shorten time for the hearing of Plaintiff's Motion to Compel is appropriate in

24   this case to allow the parties to maintain the current discovery schedule. The depositions of

25   several persons, including the defendants, are currently on hold pending the resolution of this

26   issue. Declaration of Brandon J. Kimura in Support of Plaintiff's Request for an Order to Shorten

27   Time On Plaintiff's Motion to Compel Discovery Under Federal Rules of Civil Procedure Rules

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

737455 v1/PA                          1.     **REQUEST FOR AN ORDER TO SHORTEN TIME FOR
                                              HEARING ON PLAINTIFF'S MOTION TO COMPEL**

1    30(b)(6), 33 and 34 ("Kimura Decl."), ¶ 4.  The discovery cut-off date is currently November 22,

2    2006.  Kimura Decl., ¶ 3.

3          Defendants do not oppose and have agreed to a shortened schedule.  Kimura Decl., ¶ 5.

4    Dated: October 12, 2006                      COOLEY GODWARD KRONISH LLP
                                                  GRANT P. FONDO (181530)
5                                                 JESSICA VALENZUELA SANTAMARIA
                                                  (220934)
6                                                 BRANDON KIMURA (241220)

7

8
                                                              /s/
9                                                 _____
                                                  Brandon Kimura (241220)
10                                                Attorneys for Plaintiff
                                                  RICHARD CARRASCO
11

12                                       ORDER
13

14          IT IS HEREBY ORDERED that the hearing for Plaintiff's Motion to Compel will be

15   held, November  7 , 2006 at  2:30 PM .   PLAINTIFF'S REPLY BRIEF SHALL BE
                                             FILED BY OCT. 30, 2006.
16   IT IS SO ORDERED.

17

18
     Dated: October 13, 2006
19                                                _____
                                                  UNITED STATES DISTRICT COURT
20                                                MAGISTRATE JUDGE EDWARD M. CHEN

21

22

23

24

25

26

27

28