COOLEY GODWARD KRONISH LLP
GRANT P. FONDO (181530) (gfondo@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
BRANDON KIMURA (241220) (bkimura@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Plaintiff RICHARD CARRASCO

OFFICE OF THE COUNTY COUNSEL
MELISSA KINIYALOCTS (215814) (Melissa.Kiniyalocts@cco.sccgov.org)
Deputy County Counsel
70 W. Hedding Street
East Wing, 9th Floor
San Jose, CA 95110-1770
Telephone:  (408) 299-5937
Fax: (408) 292-7240

Attorneys for Defendants OFFICER CAMPAGNA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD CARRASCO, | Case No.  C 03-4727 SBA (EMC) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| OFFICER CAMPAGNA, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 6-2, Plaintiff Richard Carrasco, ("Plaintiff") and Defendants Officer Campagna and Officer Holguin (collectively, the "Defendants") submit this Stipulation and [Proposed] Order to Modify the Scheduling Order, to extend the time for fact discovery, and set a date for the exchange of expert reports.  Specifically, the parties stipulate that the Scheduling Order be modified as follows:

    1.  Fact discovery cut-off:  All fact discovery shall be completed and all responses served by <u>December 13, 2006.</u>

740018 v1/PA   1.   **STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER**

2. Expert reports: The exchange of expert reports shall be completed and served by <u>December 15, 2006.</u>

The reasons for the requested modification are set forth below:

1. Through no fault of either party, disclosure of Plaintiff's medical records have been delayed. Declaration of Brandon J. Kimura in Support of Stipulated Request for an Order Changing the Discovery Period. ("Kimura Decl."), ¶ 2.

2. Through no fault of either party, the depositions of certain fact witnesses have been delayed. ("Kimura Decl."), ¶¶ 3-4.

3. No date has yet been set for the exchange of expert reports.

Respectfully submitted,

Dated: October 30, 2006         COOLEY GODWARD LLP
                                GRANT P. FONDO (181530)
                                JESSICA VALENZUELA SANTAMARIA (220934)
                                BRANDON KIMURA (241220)


                                          /s/
                                _____
                                Brandon Kimura (241220)
                                Attorneys for Plaintiff RICHARD CARRASCO

Dated: October 30, 2006         OFFICE OF THE COUNTY COUNSEL
                                ANN MILLER RAVEL (62139)
                                MELISSA R. KINIYALOCTS (215814)


                                          /s/
                                _____
                                Melissa R. Kiniyalocts (215814)
                                Attorneys for Defendants
                                OFFICER CAMPAGNA and OFFICER HOLGUIN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/1/06                  *[signature: Saundra B. Armstrong]*
                                _____
                                SAUNDRA BROWN ARMSTRONG
                                UNITED STATES DISTRICT JUDGE