COOLEY GODWARD KRONISH LLP
GRANT P. FONDO (181530) (gfondo@cooley.com)
BRANDON KIMURA (241220) (bkimura@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jsantamaria@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Plaintiff
RICHARD CARRASCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD CARRASCO,<br><br>              Plaintiff,<br><br>       v.<br><br>OFFICER CAMPAGNA, et al.,<br><br>              Defendants. | Case No.  C 03-4727 SBA (PR)<br><br>**REQUEST FOR PERMISSION AND AN ORDER ALLOWING PLAINTIFF RICHARD CARRASCO TO BE AVAILABLE BY TELEPHONE FOR AUTHORIZATION OF SETTLEMENT AND [PROPOSED] ORDER** |

1  Plaintiff Richard Carrasco, hereby requests, pursuant to Hon. Maria-Elena James'
2  standing orders, permission for Plaintiff Richard Carrasco ("Plaintiff") to be available via
3  telephone for purposes of authorizing settlement, and an order allowing the same, during the
4  settlement conference currently scheduled with this Court at 10:00 a.m., on January 9, 2007.

5  Allowing Plaintiff to be available by phone is appropriate in this case because Plaintiff is
6  an inmate at Salinas Valley State Prison. Declaration of Brandon J. Kimura in Support of
7  Plaintiff's Request for Permission and an Order Allowing Plaintiff Richard Carrasco to be
8  Available by Telephone for Authorization of Settlement, ("Kimura Decl."), ¶ 4. An order by this
9  Court will also aid his counsel in scheduling the proposed call with Plaintiff. Kimura Decl., ¶ 3.
10  Finally, Plaintiff's availability by phone will assist with any potential settlement.

11  Dated: December 11, 2006         COOLEY GODWARD KRONISH LLP
                                     GRANT P. FONDO (181530)
12                                   JESSICA VALENZUELA SANTAMARIA
                                     (220934)
13                                   BRANDON KIMURA (241220)

                                     _____/s/_____
                                     Brandon Kimura (241220)
                                     Attorneys for Plaintiff
                                     RICHARD CARRASCO

ORDER

IT IS HEREBY ORDERED that Plaintiff Richard Carrasco be made available via telephone for the settlement conference to be held, January 9, 2006 at 10:00 a.m..

IT IS SO ORDERED.

Dated: December 12, 2006

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE MARIA-ELENA JAMES

743101 v1/PA                1.                REQUEST FOR PERMISSION AND AN ORDER ALLOWING
                                               PLAINTIFF TO BE AVAILABLE BY PHONE
                                               CASE NO. C 03-4727 SBA (PR)