```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


CARRASCO,                    )        No. C03-04727 SBA
              Plaintiff,     )
                             )        ORDER DISMISSING ACTION
     vs.                     )
                             )
 CAMPAGNA ET AL,             )
                             )
              Defendant.     )
                             )
_____)
```

     The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

     IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

     IT IS SO ORDERED.

DATED: 1/10/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge