```
 1  COOLEY GODWARD LLP
    GRANT P. FONDO (181530)
 2  JESSICA VALENZUELA SANTAMARIA (220934)
    BRANDON J. KIMURA (241220)
 3  Five Palo Alto Square
    3000 El Camino Real
 4  Palo Alto, CA  94306-2155
    Telephone:    (650) 843-5000
 5  Facsimile:    (650) 857-0663

 6  Attorneys for Plaintiff
    RICHARD CARRASCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD CARRASCO,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER CAMPAGNA, et. al.,<br><br>    Defendants. | Case No.  C 03-4727 SBA (PR)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff Richard Carrasco and Defendants David Campagna and Alexander Holguin, by their respective counsel, hereby stipulate pursuant to the terms of the Settlement Agreement and General Release between the parties and Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

---

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

745734 v1/PA

1.

**STIPULATION OF DISMISSAL AND [PROP] ORDER
CASE NO. C 03-4727 SBA (PR)**

**IT IS SO STIPULATED**.

DATED: April 5, 2007

COOLEY KRONISH GODWARD LLP
Brandon J. Kimura  (241220)
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA  94306

_/s/_
*Counsel for Plaintiff* **Richard Carrasco**

DATED: April 4, 2007

Melissa R. Kinyalocts, Esq.
Office of County Counsel
70 West Hedding Street, West Wing, 9th Floor
San Jose, CA  95110-1705

_/s/_
*Counsel for Defendants* **David Campagna and Alexander Holguin**

**IT IS SO ORDERED.**

Dated: 4/9/07

_Saundra B. Armstrong_
HON. SAUNDRA B. ARMSTRONG
UNITED STATES MAGISTRATE JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

745734 v1/PA

2.

**STIPULATION OF DISMISSAL AND [PROP] ORDER
CASE NO. C 03-4727 SBA (PR)**